CO-386-online
10/03

# United States District Court
# For the District of Columbia

NEW LIGHT CHURCH WORLD OUTREACH )
AND WORSHIP CENTERS, INC., )
)
)
                    Plaintiff, )
     VS )      Civil Action No._____
)
MARK W. EVERSON, in his official capacity as Commissioner, )
IRS; KEVIN BROWN, in his official capacity as Deputy )
Commissioner for Services and Enforcement, IRS; and the )
INTERNAL REVENUE SERVICE, )
)
               Defendants. )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __New Light Church World Outreach and Worship Centers, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_/s/ Christopher S. Rizek_
Signature

370796
BAR IDENTIFICATION NO.

Christopher S. Rizek
Print Name

Caplin & Drysdale, One Thomas Circle, NW, Suite 1100
Address

Washington    DC    20005
City    State    Zip Code

(202) 862-8852
Phone Number