IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW LIGHT CHURCH WORLD OUTREACH AND WORSHIP CENTERS, INC.  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MARK W. EVERSON, ET AL.,  )<br>)<br>Defendants.  )<br>_____ ) | No. 1:07-cv-00750<br>Hon. Colleen Kollar-Kotelly |

UNOPPOSED MOTION FOR EXTENSION OF THE
DEFENDANTS' RESPONSE TIME

Defendants, through undersigned counsel, move for a two week extension of the time to file an answer or other responsive pleading, until July 20, 2007.

Defendants state as follows:

1. The current deadline for defendants to file an answer or other responsive pleading is July 6, 2007.

2. Government counsel recently received the information necessary to respond to plaintiff's complaint and will be out of the office on another matter until July 9, 2007.

3. The short two week extension will allow government counsel the necessary time to review the materials provided, obtain any other necessary

2585021.1

information, and properly respond to the plaintiff's complaint.  The small extension will not prejudice any party since no other deadlines have been set in this matter.

     4.     On June 29, 2007 plaintiff's counsel, Christopher Rizek, was contacted regarding the extension sought.  Plaintiff does not oppose the extension requested.

     WHEREFORE, the United States requests that the time to file an answer or other responsive pleading be extended for two weeks until July 20, 2007.

DATED: June 29, 2007.                          Respectfully submitted,

                                                                   */s/ Joshua Smeltzer*
                                                                   JOSHUA D. SMELTZER
                                                                   Trial Attorneys, Tax Division
                                                                   U. S. Department of Justice
                                                                   Post Office Box 227
                                                                   Washington, DC  20044
                                                                   Telephone:  (202) 307-0855
                                                                   Telefax:     (202) 514-6866
                                                                   *Joshua.D.Smeltzer@usdoj.gov*

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

    IT IS CERTIFIED that the foregoing UNOPPOSED MOTION FOR EXTENSION OF THE DEFENDANTS' RESPONSE TIME was served this 29th day of June, 2007, by ECF filing and placing true and correct copies thereof in the United States mail, postage prepaid, addressed as follows:

>Christopher Rizek
>CAPLIN & DRYSDALE, CHTD.
>Suite 1100
>One Thomas Circle, N.W.
>Washington, DC 20005

>/s/ Joshua D. Smeltzer
>JOSHUA D. SMELTZER

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW LIGHT CHURCH WORLD OUTREACH AND WORSHIP CENTERS, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>MARK W. EVERSON, ET AL., )<br><br>Defendants. ) | No. 1:07-cv-00750<br>Hon. Colleen Kollar-Kotelly |

## ORDER

Having considered the UNOPPOSED MOTION FOR EXTENSION OF THE DEFENDANTS' RESPONSE TIME and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED; and it is further

ORDERED that the defendant's time to file an answer or other responsive pleading is extended for two weeks until July 20, 2007.

SO ORDERED this ____ day of _____ 2007.

_____
UNITED STATES DISTRICT JUDGE

1769478.1