IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW LIGHT CHURCH WORLD ) <br> OUTREACH AND WORSHIP ) <br> CENTERS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK W. EVERSON, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | No. 1:07-cv-00750 <br> Hon. Colleen Kollar-Kotelly |

MOTION FOR EXTENSION OF THE
DEFENDANTS' RESPONSE TIME

Defendants, through undersigned counsel, move for a two week extension of the time to file an answer or other responsive pleading, until August 3, 2007.

Defendants state as follows:

1. The current deadline for defendants to file an answer or other responsive pleading is July 20, 2007.

2. Government counsel was recently informed by the Internal Revenue Service that it is in the process of closing the examination at issue and will issue a letter to the plaintiff in the near future. This closing may moot the issues involved in this suit.

3. The short two week extension will allow government counsel the necessary time to review the Internal Revenue Service's letter and evaluate its position

2624833.1

before responding to the plaintiff's complaint.  The small extension will not prejudice any party since no other deadlines have been set in this matter.

     4.    On July 20, 2007 government attempted to contact plaintiff's counsel, Christopher Rizek, by telephone and email regarding the extension sought and was unable to discuss whether the plaintiff opposed the extension.

     WHEREFORE, the United States requests that the time to file an answer or other responsive pleading be extended for two weeks until August 3, 2007.

DATED: July 20, 2007.          Respectfully submitted,

          */s/ Joshua Smeltzer*
          JOSHUA D. SMELTZER
          Trial Attorneys, Tax Division
          U. S. Department of Justice
          Post Office Box 227
          Washington, DC  20044
          Telephone:  (202) 307-0855
          Telefax:     (202) 514-6866
          *Joshua.D.Smeltzer@usdoj.gov*

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION FOR EXTENSION OF THE DEFENDANTS' RESPONSE TIME was served this 20th day of July, 2007, by ECF filing and placing true and correct copies thereof in the United States mail, postage prepaid, addressed as follows:

>Christopher Rizek
>CAPLIN & DRYSDALE, CHTD.
>Suite 1100
>One Thomas Circle, N.W.
>Washington, DC 20005

/s/ Joshua D. Smeltzer
JOSHUA D. SMELTZER

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW LIGHT CHURCH WORLD ) <br> OUTREACH AND WORSHIP ) <br> CENTERS, INC. ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK W. EVERSON, ET AL., ) <br> ) <br>    Defendants. ) <br> _____ ) | No. 1:07-cv-00750 <br> Hon. Colleen Kollar-Kotelly |

ORDER

Having considered the MOTION FOR EXTENSION OF THE DEFENDANTS' RESPONSE TIME, any opposition, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED; and it is further

ORDERED that the defendant's time to file an answer or other responsive pleading is extended for two weeks until August 3, 2007.

SO ORDERED this ____ day of _____ 2007.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

1769478.1