IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW LIGHT CHURCH WORLD OUTREACH AND WORSHIP CENTERS, INC. <br><br> Plaintiff, <br><br> v. <br><br> MARK W. EVERSON, ET AL., <br><br> Defendants. | No. 1:07-cv-00750 <br> Hon. Colleen Kollar-Kotelly |

NOTICE OF APPEARANCE

I, Michael J. Martineau, enter my appearance on behalf of defendants Mark W. Everson, Kevin Brown, and Internal Revenue Service.

Date: August 1, 2007.

Respectfully submitted,

/s/ Michael J. Martineau

MICHAEL J. MARTINEAU
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 307-6483
Telefax:    (202) 514-6866
*michael.j.martineau@usdoj.gov*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

2649848.1

CERTIFICATE OF SERVICE

    IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served upon the following on the 1st day of August, 2007, in accordance with the Court's ECF Procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

Via Telecopier: (202) 429-3301

Christopher S. Rizek
CAPLIN & DRYSDALE, CHTD.
One Thomas Circle, N.W.
Washington, D.C. 20005


/s/ Michael J. Martineau
_____
MICHAEL J. MARTINEAU

2649848.1