# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW LIGHT CHURCH WORLD OUTREACH AND WORSHIP CENTERS, INC. | )<br>)<br>) |
| Plaintiff, | ) No. 1:07-cv-00750<br>) Hon. Colleen Kollar-Kotelly |
| v. | ) |
| MARK W. EVERSON, ET AL., | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The parties to this action, by their undersigned counsel, stipulate and agree to the following:

1. The Internal Revenue Service determined that the examination of the Plaintiff was initiated in violation of 26 U.S.C. § 7611(a) because of a procedural defect at the beginning of the inquiry;

2. As a result of this procedural defect, the Director, Exempt Organizations Examinations, Internal Revenue Service, notified the Plaintiff that the examination was being closed without further action and that Plaintiff continues to qualify as an organization described in 26 U.S.C. § 501(c)(3) and exempt under § 501(a); and

3. This action is now moot.

Accordingly, the parties further stipulate and agree, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), to the immediate dismissal of this action without prejudice, with each party to bear its own costs, including attorney's fees.

2651381.1

Date: August 3, 2007    /s/ Christopher S. Rizek

Christopher S. Rizek
CAPLIN & DRYSDALE, CHTD.
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-8852
csr@capdale.com

Attorney for Plaintiff


Date: August 3, 2007    /s/ Michael J. Martineau

MICHAEL J. MARTINEAU
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6483
michael.j.martineau@usdoj.gov

Attorney for Defendants